NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**INDIVIOR INC., fka Reckitt Benckiser Pharmaceuticals Inc., INDIVIOR UK LIMITED, fka RB Pharmaceuticals Limited, AQUESTIVE THERAPEUTICS, INC., fka MonoSol Rx, LLC,**
*Plaintiffs-Cross-Appellants*

v.

**DR. REDDY'S LABORATORIES, S.A., DR. REDDY'S LABORATORIES INC., WATSON LABORATORIES INC., ACTAVIS LABORATORIES UT, INC., PAR PHARMACEUTICAL, INC., INTELGENX TECHNOLOGIES CORP., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants-Appellants*

2016-2277, -2278, -2397, -2398, 2017-2587, 2018-1010, -1058, -1061, -1062, -1114, -1115, -1119, -1176, -1177

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-01674-RGA, 1:14-cv-00422-RGA, 1:14-cv-01451-RGA, 1:14-cv-01573-RGA, 1:14-cv-01574-RGA, and 1:16-cv-00178-RGA, Judge Richard G. Andrews.

**ON MOTION**

Before DYK, *Circuit Judge*.

**O R D E R**

The appellants respond to this court's February 20, 2018 order, urging the court to accept their originally filed opening briefs that each exceeded the court's word limit rules when taking into account arguments from other briefs that were incorporated by reference. Dr. Reddy's Laboratories, S.A. et al. (collectively, "Dr. Reddy's") and Par Pharmaceutical, Inc. et al. (collectively, "Par") alternatively ask the court to accept corrected briefs that comply with the court's rules. The cross-appellants move unopposed for leave to file a single, enlarged principal-and-response brief, not to exceed 26,500 words, and a single, enlarged reply brief, not to exceed 11,500 words.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) The appellants' original briefs are stricken and will not be transmitted to the merits panel.

(3) The cross-appellants' motion is denied.

(4) Within 60 days from the date of filing of this order, the appellants are directed to file a joint opening brief not to exceed 18,000 words. No later than 40 days thereafter, the cross-appellants are directed to file a joint principal and response brief not to exceed 20,500 words. No later than 40 days thereafter, the appellants are directed to file a joint response and reply brief not to exceed 18,000 words. No later than 14 days thereafter, the cross-appellants are directed to file a joint reply brief not to exceed 9,000 words.

                                                                          FOR THE COURT

                                                                        /s/ Peter R. Marksteiner
                                                                        Peter R. Marksteiner
                                                                        Clerk of Court

s31